```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HYUNDAI MERCHANT MARINE CO. LTD.,     :
                                      :
            Plaintiff,                :      09 Civ. 4271 (JSR)
                                      :
         -v-                          :           ORDER
                                      :
THE OCEANIC PETROLEUM SOURCE PTE      :
LTD.,                                 :
                                      :
            Defendant.                :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Defendant in the above-captioned case has moved to vacate the Order of Maritime Attachment and Garnishment issued on May 4, 2009. After full consideration of the arguments set forth in the parties' written submissions and at oral argument held on June 1, 2009, the Court hereby denies defendant's motion. An opinion setting forth the reasons for this determination will issue promptly.

SO ORDERED.

Dated: New York, NY
       June 9, 2009

_____
JED S. RAKOFF, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-25-09
```